# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| | § | |
| | § | |
| **v.** | § | **CASE NO. 4:17-CR-203** |
| | § | **JUDGE MAZZANT/JUDGE JOHNSON** |
| | § | |
| **HORACIO LUGO MORALES (41).** | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 23, 2019, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #627) that Defendant Horacio Lugo Morales' ("Defendant") Motion to Sever (Dkt. #527) be **DENIED**.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, Defendant's Motion to Sever (Dkt. #527) is **DENIED**.

**IT IS SO ORDERED**.

**SIGNED this 7th day of June, 2019.**


AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE